JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               ) No. CR-S-09-380 WBS
                                        )
    Plaintiff,                          )
                                        ) STIPULATION AND (PROPOSED) ORDER
v.                                      ) CONTINUING STATUS CONFERNCE
                                        )
URIEL OCHOA-ESPINDOLA et al.,           ) Judge: Hon. William B. Shubb
                                        )
    Defendants.                         )
                                        )

       IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Uriel Ochoa-Espindola, Preciliano Martinez, Esq., counsel for defendant Jose Sergio Espindola, Mark J. Rosenblum, Esq., counsel for defendant Valentin Ramirez-Cardinez, Robert L. Forkner, Esq., counsel for defendant Rafael Arreola-Sahagun, Dina L. Santos, Esq., counsel for defendant Emiliano Vera-Gil, John R. Manning, Esq., counsel for defendant Jose Manuel Vera-Gil, Danny D. Brace, Esq., counsel for defendant Armando Espindola, John R. Durree, Jr., Esq., and counsel for defendant Luis Miguel-Rodrigues, Dan F. Koukol, Esq., that the status conference presently set for November 15, 2010 be **continued to January 24, 2011, at 8:30 a.m.**, thus **vacating** the presently set status conference. Counsel for

1

the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h) (7) (B) (ii) and (iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference January 24, 2011.

The parties are requesting more time to continue ongoing plea negotiations. Each defendant will need time to consider any plea offer he or she may receive. Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A).

IT IS SO STIPULATED

Dated: November 11, 2010            /s/ John R. Manning for
                                    PRECILIANO MARTINEZ
                                    Attorney for Defendant
                                    Uriel Ochoa-Espindola

Dated: November 11, 2010            /s/ John R. Manning for
                                    MARK ROSENBLUM
                                    Attorney for Defendant
                                    Jose Sergio Espindola

Dated: November 11, 2010            /s/ John R. Manning for
                                    ROBERT FORKNER
                                    Attorney for Defendant
                                    Valentin Ramirez-Cardinez

Dated: November 11, 2010            /s/ John R. Manning for
                                    DINA L. SANTOS
                                    Attorney for Defendant
                                    Rafael Arreola-Sahagun

Dated: November 11, 2010            /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Emiliano Vera-Gil

Dated:  November 11, 2010                /s/ John R. Manning for
                                         DANNY D. BRACE, JR.
                                         Attorney for Defendant
                                         Jose Manuel Vera-Gil

Dated:  November 11, 2010                /s/ John R. Manning for
                                         DAN KOUKOL
                                         Attorney for Defendant
                                         Luis Miguel Orrutia-Rodrigues

Dated:  November 11, 2010                /s/ John R. Manning for
                                         JOHN R. DUREE, JR.
                                         Attorney for Defendant
                                         Armando Espindola


Dated:  November 11, 2010                Benjamin B. Wagner
                                         United States Attorney


                                         by: /s/ John R. Manning for
                                         MICHAEL M. BECKWITH
                                         Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>URIEL OCHOA-ESPINDOLA et al.,<br><br>　　　　Defendants. | No. CR-S-09-380 WBS<br><br>(~~PROPOSED~~) ORDER TO CONTINUE STATUS CONFERNCE |

　　　GOOD CAUSE APPEARING, it is hereby ordered that the November 15, 2010 status conference be continued to January 24, 2011 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to January 24, 2011.

IT IS SO ORDERED.
Dated:  November 12, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/ William B. Shubb
　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4