FILED
November 12, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ARMANDO ESPINDOLA,<br><br>        Defendant. | Case No. 2:09CR00380-WBS-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ARMANDO ESPINDOLA__ , Case No. __2:09CR00380-WBS-3__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ __200,000.00__

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✔   (Other)   __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __November 12, 2010__ at __4:18 pm__ .

        By   /s/ Gregory G. Hollows
            Gregory G. Hollows
            United States Magistrate Judge

Copy 5 - Court