JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>URIEL OCHOA-ESPINDOLA et al.,<br><br>    Defendants. | No. CR-S-09-380 WBS<br><br>STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERNCE<br><br>Judge:  Hon. William B. Shubb |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Uriel Ochoa-Espindola, Preciliano Martinez, Esq., counsel for defendant Jose Sergio Espindola, Mark J. Rosenblum, Esq., counsel for defendant Valentin Ramirez-Cardinez, Robert L. Forkner, Esq., counsel for defendant Rafael Arreola-Sahagun, Dina L. Santos, Esq., counsel for defendant Emiliano Vera-Gil, John R. Manning, Esq., counsel for defendant Jose Manuel Vera-Gil, Danny D. Brace, Esq., counsel for defendant Armando Espindola, John R. Durree, Jr., Esq., and counsel for defendant Luis Miguel-Rodrigues, Dan F. Koukol, Esq., that the status conference presently set for January 24, 2011 be **continued to February 7, 2011, at 8:30 a.m.**, thus **vacating** the presently set status conference.  Counsel for

the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h) (7) (B) (ii) and (iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference February 7, 2011.

      The parties are requesting more time to continue ongoing plea negotiations.  Each defendant will need time to consider any plea offer he or she may receive.  Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A).

IT IS SO STIPULATED

Dated:  January 19, 2011        /s/ John R. Manning for
PRECILIANO MARTINEZ
Attorney for Defendant
Uriel Ochoa-Espindola

Dated:  January 19, 2011        /s/ John R. Manning for
MARK ROSENBLUM
Attorney for Defendant
Jose Sergio Espindola

Dated:  January 19, 2011        /s/ John R. Manning for
ROBERT FORKNER
Attorney for Defendant
Valentin Ramirez-Cardinez

Dated:  January 19, 2011        /s/ John R. Manning for
DINA L. SANTOS
Attorney for Defendant
Rafael Arreola-Sahagun

Dated:  January 19, 2011        /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Emiliano Vera-Gil

Dated: January 19, 2011                    /s/ John R. Manning for
                                           DANNY D. BRACE, JR.
                                           Attorney for Defendant
                                           Jose Manuel Vera-Gil

Dated: January 19, 2011                    /s/ John R. Manning for
                                           DAN KOUKOL
                                           Attorney for Defendant
                                           Luis Miguel Orrutia-Rodrigues

Dated: January 19, 2011                    /s/ John R. Manning for
                                           JOHN R. DUREE, JR.
                                           Attorney for Defendant
                                           Armando Espindola

Dated: January 19, 2011                    Benjamin B. Wagner
                                           United States Attorney


                                           by: /s/ John R. Manning for
                                           MICHAEL M. BECKWITH
                                           Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-380 WBS |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| URIEL OCHOA-ESPINDOLA et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the January 24, 2011 status conference be continued to February 7, 2011 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to February 7, 2011.

IT IS SO ORDERED.
Dated:  January 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE