JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-380 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERNCE |
| v. ) | |
| ) | Date: July 11, 2011 |
| URIEL OCHOA-ESPINDOLA et al., ) | Time: 8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| Defendants. ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Uriel Ochoa-Espindola, Preciliano Martinez, Esq., counsel for defendant Jose Sergio Espindola, Mark J. Rosenblum, Esq., counsel for defendant Valentin Ramirez-Cardinez, Robert L. Forkner, Esq., counsel for defendant Rafael Arreola-Sahagun, Dina L. Santos, Esq., counsel for defendant Emiliano Vera-Gil, John R. Manning, Esq., counsel for defendant Jose Manuel Vera-Gil, Danny D. Brace, Esq., counsel for defendant Armando Espindola, John R. Durree, Jr., Esq., and counsel for defendant Luis Miguel-Rodrigues, Dan F. Koukol, Esq., that the status conference presently set for May 16, 2011 be **continued to July 11, 2011, at 8:30 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties

agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h) (7) (B) (ii) and (iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference July 11, 2011.

The parties are requesting more time to continue ongoing plea negotiations. Each defendant will need time to consider any plea offer he or she may receive. Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A).

IT IS SO STIPULATED

Dated:  May 12, 2011                          /s/ John R. Manning for
                                              PRECILIANO MARTINEZ
                                              Attorney for Defendant
                                              Uriel Ochoa-Espindola

Dated:  May 12, 2011                          /s/ John R. Manning for
                                              MARK ROSENBLUM
                                              Attorney for Defendant
                                              Jose Sergio Espindola

Dated:  May 12, 2011                          /s/ John R. Manning for
                                              ROBERT FORKNER
                                              Attorney for Defendant
                                              Valentin Ramirez-Cardinez

Dated:  May 12, 2011                          /s/ John R. Manning for
                                              DINA L. SANTOS
                                              Attorney for Defendant
                                              Rafael Arreola-Sahagun

Dated:  May 12, 2011                          /s/ John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Emiliano Vera-Gil

| | |
|---|---|
| Dated: May 12, 2011 | /s/ John R. Manning for<br>DANNY D. BRACE, JR.<br>Attorney for Defendant<br>Jose Manuel Vera-Gil |
| Dated: May 12, 2011 | /s/ John R. Manning for<br>DAN KOUKOL<br>Attorney for Defendant<br>Luis Miguel Orrutia-Rodrigues |
| Dated: May 12, 2011 | /s/ John R. Manning for<br>JOHN R. DUREE, JR.<br>Attorney for Defendant<br>Armando Espindola |
| Dated: May 12, 2011 | Benjamin B. Wagner<br>United States Attorney<br><br>by: /s/ John R. Manning for<br>MICHAEL M. BECKWITH<br>Assistant United States Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EMILIANO VERA-GIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-380 WBS |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| URIEL OCHOA-ESPINDOLA et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the May 16, 2011 status conference be continued to July 11, 2011 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to July 11, 2011.

IT IS SO ORDERED.
Dated: May 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4