```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>URIEL OCHOA-ESPINDOLA,<br>JOSE SERGIO ESPINDOLA,<br>ARMANDO ESPINDOLA,<br>VALENTIN RAMIREZ-CARDINEZ,<br>JOSE MANUEL VERA-GIL, AND<br>LUIS MIGUEL ORRUTIA-RODRIGUES,<br><br>　　　　Defendants. | CR. No. S-2:09-0380 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING STATUS<br>CONFERENCE |

　　　The parties request that the status conference currently set for July 11, 2011, be continued to July 25, 2011, and stipulate that the time beginning July 11, 2011, and extending through July 25, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

1  The parties are in the process of discussing and negotiating various pretrial dispositions.  Each defendant will need time to consider any plea offer he or she may receive.  Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                            Respectfully Submitted,

                            BENJAMIN B. WAGNER
                            United States Attorney

Dated: July 8, 2011         By:/s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney

Dated: July 8, 2011         By:/s/ Preciliano Martinez
                                PERCILIANO MARTINEZ
                                Attorney for defendant
                                URIEL OCHOA-ESPINDOLA

Dated: July 8, 2011         By:/s/ Mark J. Rosenblum
                                MARK J. ROSENBLUM
                                Attorney for defendant
                                JOSE SERGIO ESPINDOLA

Dated: July 8, 2011         By:/s/ John R. Duree, Jr.
                                JOHN R. DUREE, JR.
                                Attorney for defendant
                                ARMANDO ESPINDOLA

Dated: July 8, 2011         By:/s/ Robert L. Forkner
                                ROBERT L. FORKNER
                                Attorney for defendant
                                VALENTIN RAMIREZ-CARDINEZ

```
Dated: July 8, 2011            By: /s/ Danny D. Brace, Jr.
                                   DANNY D. BRACE, JR.
                                   Attorney for defendant
                                   JOSE MANUEL VERA-GIL

Dated: July 8, 2011            By: /s/ Dan F. Koukol
                                   DAN F. KOUKOL
                                   Attorney for defendant
                                   LUIS MIGUEL ORRUTIA-RODRIGUES
```

**ORDER**

The status conference in case number CR. S 2:09-0380 WBS, currently set for July 11, 2011, is continued to July 25, 2011, and the time beginning July 11, 2011, and extending through July 25, 2011, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED

Dated: July 8, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE