BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-2:09-0380 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| URIEL OCHOA-ESPINDOLA, JOSE SERGIO ESPINDOLA, ARMANDO ESPINDOLA, VALENTIN RAMIREZ-CARDINEZ, | |
| Defendants. | |

The parties request that the status conference currently set for July 25, 2011, be continued to August 29, 2011, and stipulate that the time beginning July 25, 2011, and extending through August 29, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

1

1   The parties are in the process of discussing and negotiating
2 various pretrial dispositions.  Each defendant will need time to
3 consider any plea offer he may receive.  Additionally, counsel
4 for each defendant needs more time to review the discovery in
5 this case, discuss that discovery with their respective clients,
6 consider evidence that may affect the disposition of this case,
7 and discuss with their clients how to proceed.  The parties
8 stipulate and agree that the interests of justice served by
9 granting this continuance outweigh the best interests of the
10 public and the defendants in a speedy trial.  18 U.S.C. §
11 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: July 22, 2011              By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney


Dated: July 22, 2011              By:/s/ Preciliano Martinez
                                        PERCILIANO MARTINEZ
                                        Attorney for defendant
                                        URIEL OCHOA-ESPINDOLA


Dated: July 22, 2011              By:/s/ Mark J. Rosenblum
                                        MARK J. ROSENBLUM
                                        Attorney for defendant
                                        JOSE SERGIO ESPINDOLA


Dated: July 22, 2011              By:/s/ John R. Duree, Jr.
                                        JOHN R. DUREE, JR.
                                        Attorney for defendant
                                        ARMANDO ESPINDOLA


Dated: July 22, 2011              By:/s/ Robert L. Forkner
                                        ROBERT L. FORKNER
                                        Attorney for defendant
                                        VALENTIN RAMIREZ-CARDINEZ

**ORDER**

The status conference in case number CR. S 2:09-0380 WBS, currently set for July 25, 2011, is continued to August 29, 2011, and the time beginning July 25, 2011, and extending through August 29, 2011, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED

Dated:  July 22, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE