**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@pacbell.net*

Attorney for Defendant
**ARMANDO ESPINDOLA**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:09-cr-00380 WBS |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **URIEL OCHOA-ESPINDOLA**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for August 29, 2011 at 08:30 AM in Courtroom 5 should be vacated and continued to September 19, 2011, at 8:30 a.m.

All counsel agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through September 19, 2011.

The parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses and taking into account due diligence, the parties agree that the interests of justice in granting this reasonable request for a continuance outweigh the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

| | |
|---|---|
| Dated: August 26, 2011 | /s/ Michael Beckwith <br> MICHAEL BECKWITH <br> Assistant U.S. Attorney |
| Dated: August 26, 2011 | /s/ John R. Duree, Jr. <br> JOHN R. DUREE, JR. <br> Attorney for Armando Espindola |
| Dated: August 26, 2011 | /s/ Jeffrey Rosenblum <br> JEFFREY ROSENBLUM <br> Attorney for Jose Sergio Espindola |
| Dated: August 26, 2011 | /s/ Preciliano Martinez <br> PRECILIANO MARTINEZ <br> Attorney for Uriel Ochoa-Espindola |
| Dated: August 26, 2011 | /s/ Robert L. Forkner <br> ROBERT L. FORKNER <br> Attorney for Valentin Ramirez-Cardinez |

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for August 29, 2011 at 8:30 a.m. be VACATED, and the matter continued until September 19, 2011 at 8:30 a.m. Time is excluded under the Speedy Trial Act from August 29, 2011 through September 19, 2011 pursuant to Local Code T4.

Dated:  August 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE