PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
URIEL OCHOA ESPINDOLA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>  vs.<br>URIEL OCHOA ESPINDOLA, JOSE SERGIO ESPINDOLA, ARMANDO ESPINDOLA, AND VALENTIN RAMIREZ-CARDINEZ.<br>     Defendants. | CASE NO. 2:09-cr-00380-WBS<br><br>STIPULATION [~~PROPOSED~~ ORDER] TO CONTINUE STATUS CONFERENCE<br><br>Date: October 24, 2011<br>Time: 8:30a.m.<br>Dept.: 5<br>Honorable William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Uriel Ochoa Espindola, Attorney Jeffrey Rosenblum, Counsel for Defendant Jose Sergio Espindola, Attorney John Duree, Counsel for Armando Espindola, and Attorney Robert Forkner, Counsel for Defendant Valentin Ramirez Cardinez, that the Status Conference date scheduled for September 19, 2011, at 8:30 a.m. be vacated and the Status Conference be continued to this court's calendar on October 24, 2011 at 8:30 a.m. Additional time is needed for attorneys to negotiate plea agreements.

The court is advised that counsel have conferred about this request that they have agreed to the court date of October 24, 2011 and that Mr. Beckwith, Mr. Rosenblum, Mr. Duree, and Mr. Forkner have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including October 24, 2011.

                                                Respectfully Submitted,

Dated:  September 15, 2011             /s/ Preciliano Martinez
                                                Preciliano Martinez
                                                Attorney for Defendant
                                                URIEL OCHOA ESPINDOLA

Dated:  September 15, 2011             /s/ Michael Beckwith
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

Dated:  September 15, 2011             /s/ Jeffrey Rosenblum
                                                Matthew Bockmon
                                                Attorney for Defendant
                                                JOSE SERGIO ESPINDOLA

Dated:  September 15, 2011             /s/ John Duree
                                                John Duree
                                                Attorney for Defendant
                                                ARMANDO ESPINDOLA

Dated:  September 15, 2011             /s/ Robert Forkner
                                                Robert Forkner
                                                Attorney for Defendant
                                                VALENTIN RAMIREZ
                                                CARDINEZ

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current September 19, 2011 Status Conference hearing is hereby vacated and reset to October 24, 2011.

Dated:   September 16, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE