**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@pacbell.net*

Attorney for Defendant
**ARMANDO ESPINDOLA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:09-cr-00380 WBS |
| Plaintiff | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| **URIEL OCHOA-ESPINDOLA**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for October 24, 2011 at 08:30 AM in Courtroom 5 should be vacated and continued to November 7, 2011, at 9:30 a.m.

All counsel agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through November 7, 2011.

The parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses and taking into account due diligence, the parties agree that the interests of justice in granting this reasonable request for a continuance outweigh the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

-1-

1  Dated: October 20, 2011                    /s/ Michael Beckwith
                                              MICHAEL BECKWITH
2                                             Assistant U.S. Attorney

3  Dated: October 20, 2011                    /s/ John R. Duree, Jr.
                                              JOHN R. DUREE, JR.
4                                             Attorney for Armando Espindola

5  Dated: October 20, 2011                    /s/ Jeffrey Rosenblum
                                              JEFFREY ROSENBLUM
6                                             Attorney for Jose Sergio Espindola

7  Dated: October 20, 2011                    /s/ Preciliano Martinez
                                              PRECILIANO MARTINEZ
8                                             Attorney for Uriel Ochoa-Espindola

9  Dated: October 20, 2011                    /s/ Robert L. Forkner
                                              ROBERT L. FORKNER
10                                            Attorney for Valentin Ramirez-Cardinez

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for October 24, 2011 at 9:30 a.m. be VACATED, and the matter continued until November 7, 2011 at 9:30 a.m. Time is excluded under the Speedy Trial Act from October 24, 2011 through November 7, 2011 pursuant to Local Code T4.

Dated:   October 20, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE