**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@pacbell.net*

Attorney for Defendant
**ARMANDO ESPINDOLA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:09-cr-00380 WBS |
| Plaintiff | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| **URIEL OCHOA-ESPINDOLA**, et al., | |
| Defendants. | |

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for November 7, 2011 at 08:30 AM in Courtroom 5 should be vacated and continued to December 12, 2011, at 8:30 a.m.

All counsel agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through December 12, 2011.

The parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses and taking into account due diligence, the parties agree that the interests of justice in granting this reasonable request for a continuance outweigh the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

-1-

| | | |
|---|---|---|
| 1 | Dated: November 3, 2011 | /s/ Michael Beckwith |
| 2 | | MICHAEL BECKWITH<br>Assistant U.S. Attorney |
| 3 | Dated: November 3, 2011 | /s/ John R. Duree, Jr. |
| 4 | | JOHN R. DUREE, JR.<br>Attorney for Armando Espindola |
| 5 | Dated: November 3, 2011 | /s/ Jeffrey Rosenblum |
| 6 | | JEFFREY ROSENBLUM<br>Attorney for Jose Sergio Espindola |
| 7 | Dated: November 3, 2011 | /s/ Preciliano Martinez |
| 8 | | PRECILIANO MARTINEZ<br>Attorney for Uriel Ochoa-Espindola |
| 9 | Dated: November 3, 2011 | /s/ Robert L. Forkner |
| 10 | | ROBERT L. FORKNER<br>Attorney for Valentin Ramirez-Cardinez |

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for November 7, 2011 at 8:30 a.m. be VACATED, and the matter continued until December 12, 2011 at 8:30 a.m. Time is excluded under the Speedy Trial Act from November 7, 2011 through December 12, 2011 pursuant to Local Code T4.

Dated:   November 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE