1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>URIEL OCHOA-ESPINDOLA,<br>JOSE SERGIO ESPINDOLA,<br>ARMANDO ESPINDOLA, and<br>VALENTIN RAMIREZ-CARDINEZ,<br><br>          Defendants. | CR. S 2:09-0380 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br><br><br><br><br><br>Hon. William B. Shubb |

     The parties request that the status conference currently set for December 12, 2011, be continued to January 30, 2012 at 9:30 a.m., and stipulate that the time beginning December 12, 2011, and extending through January 30, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

1

1  3161(h)(8)(B)(iv); Local Code T4.

2     The parties are in the process of discussing and negotiating various pretrial dispositions.  Each defendant will need time to consider any plea offer he or she may receive.  Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: December 9, 2011        By:/s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney

Dated: December 9, 2011        By:/s/ Preciliano Martinez
                                      PRECILIANO MARTINEZ
                                      Attorney for defendant
                                      Uriel Ochoa-Espindola

Dated: December 9, 2011        By:/s/ Mark J. Rosenblum
                                      MARK J. ROSENBLUM
                                      Attorney for defendant
                                      Jose Sergio Espindola

Dated: December 9, 2011        By:/s/ John R. Duree, Jr.
                                      JOHN R. DUREE, JR.
                                      Attorney for defendant
                                      Armando Espindola

1 | Dated: December 9, 2011                By:/s/ Robert L. Forkner
2 |                                            ROBERT L. FORKNER
  |                                            Attorney for defendant
3 |                                            Valentin Ramirez-Cardinez
4 |
5 |                              **ORDER**
6 |      The status conference in case number CR. S 2:09-0380 WBS,
7 | currently set for December 12, 2011, is continued to January 30,
8 | 2012 at 9:30 a.m., and the time beginning December 12, 2011, and
9 | extending through January 30, 2012, is excluded from the
10 | calculation of time under the Speedy Trial Act.  The Court finds
11 | that interests of justice served by granting this continuance
12 | outweigh the best interests of the public and the defendants in a
13 | speedy trial.  18 U.S.C. § 3161(h)(7)(A).
14 |
15 | IT IS SO ORDERED.
16 |
17 | Dated:   December 9, 2011
18 |
19 |                              WILLIAM B. SHUBB
   |                              UNITED STATES DISTRICT JUDGE

3