1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **ARMANDO ESPINDOLA**
7

8                   **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA**,        )      **CASE NO. 2:09-cr-00380 WBS**
                                        )
12              Plaintiff               )
                                        )      **STIPULATION AND [PROPOSED]**
13          vs.                         )      **ORDER CONTINUING**
                                        )      **JUDGMENT AND SENTENCING**
14                                      )
   **ARMANDO ESPINDOLA,**               )
15                                      )
                Defendant.              )
16 _____ )

17

18       The United States, through its undersigned counsel, and the defendants, through their

19 undersigned counsel, hereby agree and stipulate that the judgment and sentencing date currently

20 scheduled for August 20, 2012 at 09:30 a.m. in Courtroom 5 should be vacated and continued

21 to October 15, 2012, at 9:30 a.m.  Defense counsel's office has contacted U.S. Probation and it

22 has no objection to this continuance.

23       The parties request that the court adopt the following schedule pertaining to the

24 presentence report:

25       Judgment and Sentencing Date:                    10/15/2012

26       Reply, or Statement of Non-Opposition:           10/08/2012

27       Motion for Correction of the Presentence Report
         shall be filed with the Court and served on the
28       Probation Officer and opposing counsel no
         later than:                                      10/01/2012

                                      -1-

The Presentence Report shall be filed with the
Court and disclosed to counsel no later than:                09/24/2012

Counsel's written objections to the Presentence
Report shall be delivered to the Probation Officer
and opposing counsel no later than:                          09/17/2012

The proposed Presentence Report shall be disclosed
to counsel no later than:                                    09/03/2012


Dated: August 13, 2012                    /s/ Michael Beckwith
                                          MICHAEL BECKWITH
                                          Assistant U.S. Attorney

Dated: August 13, 2012                     /s/ John R. Duree, Jr.
                                          JOHN R. DUREE, JR.
                                          Attorney for Armando Espindola


**ORDER**

    IT IS SO ORDERED.

Dated:   August 14, 2012

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

-2-