```
                                                                FILED
                                                           December 23, 2015
         UNITED STATES DISTRICT COURT FOR THE              CLERK, US DISTRICT COURT
                                                            EASTERN DISTRICT OF
             EASTERN DISTRICT OF CALIFORNIA                     CALIFORNIA
                                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,            )        2:09-cr-0380 WBS
                                     )        Case No. 2:09CR00390-WBS
           Plaintiff,                )
v.                                   )        ORDER FOR RELEASE OF
                                     )        PERSON IN CUSTODY
ARMANDO ESPINDOLA,                   )
                                     )
           Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ARMANDO ESPINDOLA__ , Case No. __2:09CR00390-WBS__ , Charge __SUPERVISE RELEASE VIOLATION__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

    ✔    (Other)    __Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 23, 2015__ at __2:09 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court