1 | ERIN J. RADEKIN
Attorney at Law - SBN 214964
2 | 428 J Street, Suite 357
Sacramento, California 95814
3 | Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4 |
Attorney for Defendant
5 | ARMANDO ESPINDOLA

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          )
                                        )        2:09-cr-00380-03 WBS
11 |                      Plaintiff,    )
                                        )        STIPULATION AND [~~PROPOSED~~] ORDER
12 | v.                                 )        TO CONTINUE ADMIT/DENY HEARING
                                        )
13 |                                    )
    ARMANDO ESPINDOLA,                  )
14 |                                    )
                          Defendant.    )
15 | _____    )

16

17                              **STIPULATION**

18        Plaintiff, United States of America, by and through its counsel,

19  Assistant United States Attorney Jeremy J. Kelley, and defendant, Armando

20  Espindola, by and through his counsel, Erin J. Radekin, agree and stipulate

21  to vacate the date set for admit/deny hearing, January 4, 2016 at 9:00 a.m.,

22  in the above-captioned matter, and to continue the admit/deny hearing to

23  February 16, 2016 at 9:00 a.m. in the courtroom of the Honorable William B.

24  Shubb.

25        The reason for this request is that the parties have determined

26  resolution of this matter should follow the state matter that underlies the

27  sole violation of supervised release alleged, and the next court appearance

28  in the state case is February 2, 2016.  The next date at which all parties

                            Stipulation and Order - 1

1    can appear is February 16, 2016.  The court is advised Mr. Kelley and United

2    States Probation Officer Jose Figueroa concur with this request and Mr.

3    Kelley has authorized Ms. Radekin to sign this stipulation on his behalf.

4         Accordingly, the parties respectfully request the Court adopt this

5    proposed stipulation.

6    IT IS SO STIPULATED.

7    Dated: December 30, 2015                    BENJAMIN WAGNER
                                                 United States Attorney
8
                                          By:    /s/ Jeremy J. Kelley
9                                                JEREMY J. KELLEY
                                                 Assistant United States Attorney
10

11   Dated: December 30, 2015                     /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
12                                               Attorney for Defendant
                                                 ARMANDO ESPINDOLA
13

14
                                         ORDER
15
          For the reasons set forth in the accompanying stipulation and
16
     declaration of counsel, the admit/deny hearing date of January 4, 2016 is
17
     VACATED and the above-captioned matter is set for admit/deny hearing on
18
     February 16, 2016 at 9:00 a.m.
19
     IT IS SO ORDERED.
20
     Dated:  December 31, 2015
21
                                         WILLIAM B. SHUBB
22                                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                              Stipulation and Order - 2