```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ARMANDO ESPINDOLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-cr-00380-03 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | TO CONTINUE ADMIT/DENY HEARING |
| ) | |
| ARMANDO ESPINDOLA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jeremy J. Kelley, and defendant, Armando Espindola, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, February 16, 2016 at 9:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to April 11, 2016 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb.

The reason for this request is that the parties have determined resolution of this matter should follow the state matter that underlies the sole violation of supervised release alleged, and the next court appearance in the state case is in March, 2016. The court is advised Mr. Kelley and

United States Probation Officer Jose Figueroa concur with this request and Mr. Kelley has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 12, 2016                    BENJAMIN WAGNER
                                            United States Attorney

                                       By:  /s/ Jeremy J. Kelley
                                            JEREMY J. KELLEY
                                            Assistant United States Attorney

Dated: February 12, 2016                     /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            ARMANDO ESPINDOLA

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of February 16, 2016 is VACATED and the above-captioned matter is set for admit/deny hearing on April 11, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE