ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ARMANDO ESPINDOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-cr-00380-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | TO CONTINUE ADMIT/DENY HEARING |
| ) | |
| ARMANDO ESPINDOLA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jeremy J. Kelley, and defendant, Armando Espindola, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, April 11, 2016 at 9:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to June 6, 2016 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb.

The reason for this request is that the parties have determined resolution of this matter should follow the state matter that underlies the sole violation of supervised release alleged, and the next court appearance in the state case is April 13, 2016.  The defense in the state matter contemplates there will be a further continuance of about one month

Stipulation and Order - 1

thereafter.  The court is advised Mr. Kelley and United States Probation Officer Jose Figueroa concur with this request and Mr. Kelley has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: April 8, 2016                         BENJAMIN WAGNER
                                             United States Attorney

                                       By:   /s/ Jeremy J. Kelley
                                             JEREMY J. KELLEY
                                             Assistant United States Attorney

Dated: April 8, 2016                          /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
                                             Attorney for Defendant
                                             ARMANDO ESPINDOLA

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of April 11, 2016 is VACATED and the above-captioned matter is set for admit/deny hearing on June 6, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  April 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE