ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ARMANDO ESPINDOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:09-cr-00380-03 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE ADMIT/DENY HEARING |
| | ) |
| ARMANDO ESPINDOLA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jeremy J. Kelley, and defendant, Armando Espindola, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, June 6, 2016 at 9:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to July 11, 2016 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb.

The reason for this request is that the parties have determined resolution of this matter should follow the state matter that underlies the sole violation of supervised release alleged, and the next court appearance in the state case is June 8, 2016. It is not contemplated that Mr. Espindola's state case will resolve on that date and will continue again

Stipulation and Order - 1

about one month.  The court is advised Mr. Kelley and United States Probation Officer Jose Figueroa concur with this request and Mr. Kelley has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 3, 2016                     BENJAMIN WAGNER
                                        United States Attorney

                                   By:  /s/ Jeremy J. Kelley
                                        JEREMY J. KELLEY
                                        Assistant United States Attorney


Dated: June 3, 2016                      /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        ARMANDO ESPINDOLA


ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of June 6, 2016 is VACATED and the above-captioned matter is set for admit/deny hearing on July 11, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 3, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE