ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ARMANDO ESPINDOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-cr-00380-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE ADMIT/DENY HEARING |
| ) | |
| ARMANDO ESPINDOLA, ) | |
| Defendant. ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jeremy J. Kelley, and defendant, Armando Espindola, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, July 11, 2016 at 9:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to August 29, 2016 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb.

The reason for this request is that the parties have determined resolution of this matter should follow the state matter that underlies the sole violation of supervised release alleged, and the next court appearance in the state case is August 13, 2016.  Further, the parties need time to review the relevant police reports and conduct any follow-up investigation.

Stipulation and Order - 1

1  The parties contemplate that if substantial progress in the state case has
2  not been made by late August, 2016, they will set this case for hearing or
3  negotiate a resolution.  The court is advised Mr. Kelley and United States
4  Probation Officer Jose Figueroa concur with this request and Mr. Kelley has
5  authorized Ms. Radekin to sign this stipulation on his behalf.
6       Accordingly, the parties respectfully request the Court adopt this
7  proposed stipulation.
8  IT IS SO STIPULATED.
9  Dated: July 7, 2016                    BENJAMIN WAGNER
                                          United States Attorney

                                     By:    /s/ Jeremy J. Kelley
                                          JEREMY J. KELLEY
                                          Assistant United States Attorney

13 Dated: July 7, 2016                      /s/ Erin J. Radekin
                                          ERIN J. RADEKIN
                                          Attorney for Defendant
                                          ARMANDO ESPINDOLA


                                     ORDER

      For the reasons set forth in the accompanying stipulation and
declaration of counsel, the admit/deny hearing date of July 11, 2016 is
VACATED and the above-captioned matter is set for admit/deny hearing on
August 29, 2016 at 9:00 a.m.
IT IS SO ORDERED.
Dated:  July 7, 2016

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

Stipulation and Order - 2