PHILLIP A. TALBERT
Acting United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ARMANDO ESPINDOLA,<br><br>          Defendant. | CASE NO. 2:09-CR-00380-WBS<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>DATE: October 17, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record Erin J. Radekin, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing, or in the alternative, an evidentiary hearing, on October 17, 2016.

2. The parties have since learned that Probation Officer Figueroa, who will be an essential witness for both the United States and the defense in an evidentiary hearing, is not available to testify until October 31, 2016.

3. By this stipulation, the parties now move to continue the hearing until October 31, 2016.

IT IS SO STIPULATED.

Dated:  September 2, 2016               PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ JEREMY J. KELLEY
                                        JEREMY J. KELLEY
                                        Assistant United States Attorney

Dated:  September 2, 2016               /s/ ERIN J. RADEKIN
                                        ERIN J. RADEKIN
                                        Counsel for Defendant
                                        ARMANDO ESPINDOLA

## ORDER

For the reasons set forth in the accompanying stipulation, the admit/deny hearing set for October 17, 2016, is continued to October 31, 2016 at 9:00am.

IT IS SO ORDERED.

Dated:  September 2, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE