PHILLIP A. TALBERT
Acting United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>ARMANDO ESPINDOLA,<br><br>                Defendant. | CASE NO. 2:09-CR-00380-03 WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING<br><br>DATE: October 31, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

      Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record Erin J. Radekin, hereby stipulate as follows:

      1.      By previous order, this matter was set for an admit/deny hearing, or in the alternative, an evidentiary hearing, on October 31, 2016.

      2.      Due to the availability of witnesses who will be essential for both the United States and the defense in any potential evidentiary hearing, the parties now move to continue the hearing until November 14, 2016.

//

//

//

STIPULATION TO CONTINUE HEARING       1

IT IS SO STIPULATED.

Dated:  October 17, 2016						PHILLIP A. TALBERT
								Acting United States Attorney


								 /s/ JEREMY J. KELLEY
								JEREMY J. KELLEY
								Assistant United States Attorney


Dated:  October 17, 2016						 /s/ ERIN J. RADEKIN
								ERIN J. RADEKIN
								Counsel for Defendant
								ARMANDO ESPINDOLA


## ORDER

For the reasons set forth in the accompanying stipulation, the admit/deny hearing set for October 31, 2016, is continued to November 14, 2016 at 9:00am.


IT IS SO ORDERED.

Dated:  October 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE