```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ARMANDO ESPINDOLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | 2:09-cr-00380-WBS |
| Plaintiff,  ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v.                              ) | TO CONTINUE ADMIT/DENY OR |
| ) | EVIDENTIARY HEARING |
| ) | |
| ARMANDO ESPINDOLA,              ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jeremy J. Kelley, and defendant, Armando Espindola, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing or evidentiary hearing, November 14, 2016 at 9:00 a.m., in the above-captioned matter, and to continue the hearing to December 19, 2016 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb.

The parties previously agreed to set the matter for admit/deny hearing, or in the alternative, an evidentiary hearing, on November 14, 2016 to accommodate witness schedules.  On October 19, 2016, the government provided additional police reports to Ms. Radekin.  In light of such reports, Ms.

Stipulation and Order - 1

Radekin has made a request for impeachment materials from the personnel files of some of the police officers involved in the investigation of the alleged violation of supervised release pursuant to *United States v. Henthorn,* 931 F.2d 29 (9th Cir. 1991).  The parties thus need additional time to allow the government to process the request and the defense to review any materials disclosed pursuant to such request and prepare Mr. Espindola's defense in light of such materials.  The court is advised Mr. Kelley and United States Probation Officer Jose Figueroa concur with this request and Mr. Kelley has authorized Ms. Radekin to sign this stipulation on his behalf.

　　　Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 26, 2016                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                      By:  /s/ Jeremy J. Kelley
                                           JEREMY J. KELLEY
                                           Assistant United States Attorney

Dated: October 26, 2016                    /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           ARMANDO ESPINDOLA

ORDER

　　　For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny or evidentiary hearing date of November 14, 2016 is VACATED and the above-captioned matter is set for admit/deny or evidentiary hearing on December 19, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE